**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JUDY SCHUTTER, ) | |
| ) | |
| Plaintiff, ) | Case No: 05-CV-998 |
| ) | |
| v. ) | Hon. Harry Leinenweber |
| ) | |
| WYETH, et al., ) | |
| ) | |
| Defendants. ) | |

### WYETH'S MOTION FOR JUDGMENT AS A MATTER OF LAW

Pursuant to Federal Rule of Civil Procedure 50, the Court should enter judgment as a matter of law in favor of Wyeth. Wyeth is entitled to judgment as a matter of law because Plaintiff Judy Schutter has failed to provide legally sufficient evidence that (1) the applicable statute of limitations has not run under Illinois law based on when Plaintiff knew or should have known about the existence of her injury; (2) the alleged deficiencies in Premphase's and Prempro's breast cancer warnings were the proximate cause of Plaintiff's breast cancer; (3) Premphase or Prempro was the factual cause of her breast cancer; (4) Premphase or Prempro had a design defect; and (5) Wyeth committed a fraud. For these reasons, Wyeth respectfully submits it is entitled to judgment as a matter of law on Plaintiff's claims.

In support of this motion, Wyeth submits an accompanying Memorandum of Law, Motion to Exceed Page Limit Instanter, and exhibits.

WHEREFORE, Wyeth respectfully requests that the Court grant its motion for judgment as a matter of law in Wyeth's favor.

Dated: March 17, 2012               Respectfully submitted,

                                    By:  /s/ Monika M. Blacha

Dan K. Webb
Erik W. Snapp
Monika M. Blacha
Winston & Strawn LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600
MBlacha@winston.com

**WILLIAMS & CONNOLLY**
Heidi Hubbard, *pro hac vice*
Ryan Scarborough, *pro hac vice*
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000

**KAYE SCHOLER LLP**
Pamela J. Yates, *pro hac vice*
CA Bar No.: 137440
pyates@kayescholer.com
1999 Avenue of the Stars, Suite 1700
Los Angeles, CA 90067-6048
Telephone: (310) 788-1278

**KAYE SCHOLER LLP**
Andrew K. Solow, *pro hac vice*
NY Bar No.: 6434
ASolow@kayescholer.com
425 Park Avenue
New York, NY 10022-3598
Telephone: (212) 836-7740

*Counsel for Defendants*
*Wyeth Pharmaceuticals, Inc.,*
*a Division of Wyeth, Inc. and Wyeth LLC*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that the foregoing Wyeth's **Motion for Judgment as a Matter of Law** was served on March 17, 2012, via the Court's electronic filing system on the following:

| | |
|---|---|
| Esther E. Berezofsky<br>Kevin Haverty<br>WILLIAMS CUKER BEREZOFSKY, LLC<br>210 Lake Drive East, Suite 101<br>Cherry Hill, NJ 08002<br>eberezofsky@wcblegal.com<br>khaverty@wcblegal.com | Michael W. Clancy<br>Clancy Law Offices<br>7 South Second Ave<br>St. Charles, IL 60174<br>mclancy@clancylaw.com |
| Zoe Littlepage<br>Littlepage Booth<br>2043A W.Main St.<br>Houston, TX 77098<br>Zoe@littlepagebooth.com | |

      /s/ Monika M. Blacha