**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JUDY SCHUTTER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 05-CV-998 |
| | ) | |
| v. | ) | Hon. Harry Leinenweber |
| | ) | |
| WYETH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**WYETH'S MOTION FOR JUDGMENT AS A MATTER OF LAW
ON PLAINTIFF'S PUNITIVE DAMAGES CLAIM**

Pursuant to Federal Rule of Civil Procedure 50, the Court should enter judgment as a matter of law on behalf of Wyeth with regard to Plaintiff Judy's Schutter's punitive damages claim. Wyeth is entitled to a directed verdict on punitive damages under Illinois law because Plaintiff has not produced evidence that Wyeth willfully and wantonly engaged in outrageous conduct so extreme that it requires what amounts to a criminal sanction. Plaintiff has failed to introduce evidence that Wyeth engaged in outrageous conduct that could be connected to Dr. Slupik, Dr. Margolis, or Plaintiff. Accordingly, Wyeth's motion for a directed verdict should be granted and Plaintiff's claim for punitive damages should be dismissed.

In support of this motion, Wyeth submits an accompanying Memorandum of Law, Motion to Exceed Page Limit Instanter, and exhibits.

WHEREFORE, Wyeth respectfully requests that the Court grant its motion for judgment as a matter of law in Wyeth's favor.

Dated: March 17, 2012                      Respectfully submitted,

                                                    By: /s/ Monika M. Blacha

                                                      Dan K. Webb

Erik W. Snapp
Monika M. Blacha
Winston & Strawn LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600
MBlacha@winston.com

**WILLIAMS & CONNOLLY**
Heidi Hubbard, *pro hac vice*
Ryan Scarborough, *pro hac vice*
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000

**KAYE SCHOLER LLP**
Pamela J. Yates, *pro hac vice*
CA Bar No.: 137440
pyates@kayescholer.com
1999 Avenue of the Stars, Suite 1700
Los Angeles, CA 90067-6048
Telephone: (310) 788-1278

**KAYE SCHOLER LLP**
Andrew K. Solow, *pro hac vice*
NY Bar No.: 6434
ASolow@kayescholer.com
425 Park Avenue
New York, NY 10022-3598
Telephone: (212) 836-7740

*Counsel for Defendants*
*Wyeth Pharmaceuticals, Inc.,*
*a Division of Wyeth, Inc. and Wyeth LLC*

# CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that the foregoing **Motion for Judgment as a Matter of Law on Plaintiff's Punitive Damages Claim** was served on March 17, 2012, via the Court's electronic filing system on the following:

| | |
|---|---|
| Esther E. Berezofsky<br>Kevin Haverty<br>WILLIAMS CUKER BEREZOFSKY, LLC<br>210 Lake Drive East, Suite 101<br>Cherry Hill, NJ 08002<br>eberezofsky@wcblegal.com<br>khaverty@wcblegal.com | Michael W. Clancy<br>Clancy Law Offices<br>7 South Second Ave<br>St. Charles, IL 60174<br>mclancy@clancylaw.com |
| Zoe Littlepage<br>Littlepage Booth<br>2043A W.Main St.<br>Houston, TX 77098<br>Zoe@littlepagebooth.com | |

    /s/ Monika M. Blacha